No. 14,432.

THE BOARD OF COMMISSIONERS OF MADISON COUNTY *v.*
WOOD.

From the Delaware Circuit Court.

*T. B. Orr* and *B. M. McMahan,* for appellant.
*C. E. Shipley, W. R. Pierse, C. B. Gerard* and *D. W. Wood,* for appellee.

ELLIOTT, J.—The judgment in this case is affirmed, upon the authority
of *Wood* v. *Board, etc.,* 125 Ind. 270.

Filed Sept. 25, 1890.

No. 14,593.

POOLE *v.* McGAHAN.

From the Marion Superior Court.

*R. Hill,* for appellant.
*C. P. Jacobs* and *J. P. Baker,* for appellee.

BERKSHIRE, C. J.—This was an action of replevin brought by the ap-
pellee against the appellant.

The case was tried at special term, without a jury, and a finding and
judgment rendered for the appellee, except as to a few of the articles of
property described in the complaint, which were adjudged to the appel-
lant.

From the judgment at the special term an appeal was taken to the gen-
eral term; the court in general term affirmed the judgment of special
term, and from the latter judgment this appeal is taken. The only ques-
tion presented for our consideration is as to the sufficiency of the evidence
to support the finding of the court at special term.

We have examined the evidence, and are unable to say that there is not
some evidence to support the finding of the court. Indeed, we think from
the evidence, as we find it in the record, that the court might reasonably
reach the conclusion to which it arrived.

No useful purpose would be subserved by reviewing the evidence in this
opinion; hence, we do not do so. We find no error in the record.

Judgment affirmed, with costs.

Filed Nov. 21, 1890.